# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00824-CV

**Grant Pollett and or all occupants of 8703 Meridian Oak Lane Austin, Texas 78744, Appellants**

**v.**

**Aurora Loan Services LLC, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-11-009136, HONORABLE ERIC SHEPPERD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Grant Pollett has failed to prosecute this appeal. Pollett's brief was due on October 8, 2012. On October 29 this Court's clerk sent Pollett a notice informing him that his brief was overdue and cautioned that the appeal could be dismissed for want of prosecution unless he filed a response reasonably explaining his failure to file a brief. The response was due by November 8. Pollett has not responded to the notice, nor has he filed a brief. Accordingly, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Prosecution

Filed:   December 7, 2012